UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CYNTHIA BUTLER**,

        Plaintiff,

   v.

**CAROLYN W. COLVIN,** Acting Commissioner of Social Security,

        Defendant.

Case No. 3:13-cv-01361-KI

JUDGMENT

   Robyn M. Rebers
   P.O. Box 3530
   Wilsonville, OR 97070

      Attorney for Plaintiff

   S. Amanda Marshall
   United States Attorney
   District of Oregon
   Ronald K. Silver
   Assistant United States Attorney

Page 1 - JUDGMENT

1000 SW Third Ave., Suite 600
Portland, OR 97201-2902

Lars J. Nelson
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   29th   day of October, 2014.

                                  /s/ Garr M. King
                                  Garr M. King
                                  United States District Judge